1060

[No. 13106–4–II.   Division Two.   December 5, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. ROY E. GRAHAM, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 89–1–00391–1, J. Dean Morgan, J., entered August 9, 1989. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, C.J., and Petrich, J.

[No. 13648–1–II.   Division Two.   December 5, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. DANIEL JOHN BURKHOLDER, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 244567R010, Brian M. Tollefson, J., entered January 8, 1990. *Reversed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, C.J., and Worswick, J.

[No. 12980–9–II.   Division Two.   December 5, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. JOSEPH REYES, *Appellant.*

Appeal from a judgment of the Superior Court for Jefferson County, No. 89–1–00010–1, William E. Howard, J., entered June 15, 1989. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, C.J., and Morgan, J.